Schorr Law
A Professional
Corporation

1  SCHORR LAW
   A Professional Corporation
2  ZACHARY D. SCHORR (CA Bar No. 222510)
   12100 Wilshire Boulevard, Suite 620
3  Los Angeles, California 90025
   Telephone: (310) 954-1877
4  Facsimile (310) 402-5972
   Email: zschorr@schorr-law.com
5
   Attorneys for Plaintiffs
6  VATCH AROUCHIAN and
   PAMELA ANNE AROUCHIAN

E-FILED 01/24/13
cc: 36/37
01/28 hrg off

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VATCH AROUCHIAN, an individual, PAMELA A. AROUCHIAN, an individual;<br><br>          Plaintiffs,<br><br>     vs.<br><br>BANK OF AMERICA, N.A., FEDERAL HOME LOAN MORTGAGE CORPORATION, and DOES 1 to 25, inclusive.<br><br>          Defendants. | Case No. 5:12-cv-01028-PSG-DTB<br><br>*Assigned for All Purposes to the Honorable Philip S. Gutierrez, Room 880*<br><br>[~~PROPOSED~~] ORDER<br><br>**Hearing**<br>Date: January 28, 2012<br>Time: 1:30 p.m.<br>Dept.: Court Room 880 |

1

[Proposed] Order;
Case No. 5:12-cv-01028-PSG-DTB

Having considered Zachary D. Schorr's, attorney of record for Plaintiffs Vatch Arouchian and Pamela Ann Arouchian, motion for an order permitting the attorney to be relieved as attorney of record in this action pursuant to United States District Court Central District of California Local Rule 83-2.9.1.; and having considered all opposing and reply papers; and finding good cause therefor,

IT IS HEREBY ORDERED that Plaintiffs' Motion to be Relieved as counsel is GRANTED.

DATED: 01/24/13

PHILIP S. GUTIERREZ

_____
THE HONORABLE PHILIP S. GUTIERREZ

[Proposed] Order;
Case No. 5:12-cv-01028-PSG-DTB

Schorr Law
A Professional
Corporation

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES.

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 12100 Wilshire Boulevard, Suite 620, Los Angeles, California 90025.

On November 27, 2012, I served the foregoing document described as **[PROPOSED] ORDER** the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to:

| | |
|---|---|
| Vatch Arouchian<br>Pamela A. Arouchian<br>900 East Fairview Boulevard<br>Big Bear City, California | Plaintiffs |
| Vatch Arouchian<br>Pamela A. Arouchian<br>PO Box 1756<br>Big Bear Lake, California 92315<br><br>vatch@vacomm.com | Plaintiffs |
| Michael Gerst<br>Reed Smith LLP<br>355 South Grand Avenue, suite 2900<br>Los Angeles. California 90071 | Attorneys for Defendants Bank of America NA and Federal Home Loan Mortgage Corporation |

[X] BY REGISTERED MAIL: I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

[X] BY ELECTRONIC MAIL: I served the above-mentioned document electronically on the parties listed at the email address above, and to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

[ ] BY FACSIMILE MACHINE: The above-referenced document was transmitted by facsimile transmission and said transmission was reported as complete and without error to the fax numbers above. _

Executed on November 27, 2012, at Los Angeles, California.

[X] (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

ZACHARY D. SCHORR